## H. V. TALBOTT v. STATE.
### No. 16973.

Court of Criminal Appeals of Texas.
Nov. 14, 1934.

Joe Burkett, of San Antonio, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for violating a statute (Vernon's Ann. P. C. art. 827d) forbidding the operation of a travel bureau; punishment, a fine of $100.

Examination of the record before us leads us to conclude that, upon its facts and the questions of law involved, it is identical with the case of Ex parte Martin (Tex. Cr. App.) 74 S.W.(2d) 1017, opinion handed down October 3, 1934. For the reasons advanced in Ex parte Martin, supra, the judgment in this case will be reversed and the prosecution ordered dismissed.

## C. C. TUNNELL v. STATE.
### No. 17144.

Court of Criminal Appeals of Texas.
Oct. 24, 1934.

Tatum & Strong, of Dalhart, and R. E. McLaughlin, of Channing, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

KRUEGER, Judge.

The appellant was tried and convicted of the offense of murder without malice aforethought, and his punishment assessed at confinement in the state penitentiary for a term of two years.

Affidavit in proper form has been filed by appellant asking this court to dismiss his appeal.

The motion is granted, and the appeal dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

## Kit WOOD v. STATE.
### No. 16523.

Court of Criminal Appeals of Texas.
Oct. 10, 1934.

Martin & Shipman, of Abilene, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for possessing intoxicating liquor for purposes of sale; punishment, one year in the penitentiary.

Pending final disposition of this case, the appellant files his written and sworn request asking that his appeal be dismissed. The affidavit appears in our records. The request is granted. The original opinion is withdrawn.

The appeal is dismissed.